Philadelphia Indemnity Insurance Co.,

               Claimant,

   v.

Elliot Blumenthal and Silverman Linden Johnson, LLP

               Respondents.

STATE OF NEW YORK   )
             ) ss.:
COUNTY OF WESTCHESTER )

  Ava Crockett, being duly sworn, deposes and says: deponent is not a party of this action, is over 18 years of age, and resides in Westchester County; that on the 8th day of September, 2006, deponent served the within **Answer and Cross-Petition** and **Rule 7.1 Statement** on the attorneys set forth below to the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service:

TO: Carl D. Liggio, Esq.
   Attorney for Respondent Silverman
   Linden Johnson, LLP
   McCullough, Campbell & Lane, LLP
   205 N. Michigan Ave., Suite 4100
   Chicago, IL 60601-5925

   David Potter, Esq.
   Attorney for Elliot Blumenthal
   Lazare, Potter, Giacovas & Kranjac, LLP
   950 Third Avenue
   New York, NY 10022

              _____
                  Ava Crockett

Sworn to me this 8th day
of September, 2006

_____
Notary Public

MATTHEW P. SOLOMON ESQ.
Notary Public - State of New York
No. 02SO110094
[Qualified in] Westchester County
My Commission Expires May 24, 2008