UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
PHILADELPHIA INDEM. INS. CO.,        :
                                     :
                        Claimant,    :
                                     :
         -against-                   :
                                     :
ELLIOT BLUMENTHAL and                :
SILVERMAN LINDEN JOHNSON LLP,        :
                                     :
                        Respondents. :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 07 2006

ORDER
06 CV 5471 (GBD)

GEORGE B. DANIELS, District Judge:

The petition by respondent Silverman Linden Johnson LLP for appointment of a third arbitrator for the arbitration proceeding currently pending between the above-named parties is granted. This Court appoints the Honorable Milton Mollen as the third, neutral arbitrator in this matter.

The Clerk of the Court is directed to close the above-captioned case.

Dated: New York, New York
       November 7, 2006

SO ORDERED:

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge